IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CDI CORPORATION,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>GT SOLAR, INC.,<br>n/k/a GT ADVANCED TECHNOLOGIES, INC.<br>　　　　　　　Defendant. | §§§§§§§§§§§§ CIVIL ACTION NO. 4:11-cv-03487 |

## PLAINTIFF'S INITIAL DISCLOSURES

Plaintiff CDI Corporation ("Plaintiff" or "CDI"), by and through its undersigned counsel, hereby files Plaintiff's Initial Disclosures, pursuant to Rule 26(a) of the Federal Rules of Civil Procedure.

## GENERAL STATEMENTS

1.　By identifying persons in this document, Plaintiff does not admit or deny the relevancy or admissibility of their testimony, or their availability or suitability as witnesses.

2.　By identifying documents and tangible things in this document, Plaintiff does not admit or deny the relevancy or admissibility of any document.

3.　Plaintiff reserves the right, if appropriate, to make objections to the production of any documents or tangible things or the answering of any interrogatories regarding any of the matters discussed herein.  Fed. R. Civ. P. 33 and 34.

## INITIAL DISCLOSURES

1.　The name and, if known, the address and telephone number of each individual likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings, identifying the subjects of the information:

**(i) Persons likely to have discoverable information:**

The following persons, who are believed to be presently or formerly employed by Defendant GT Advanced Technologies, Inc. ("GT"), may have knowledge about the Teaming Agreement, GT's relationship with CDI, the Formosa project, GT's solicitation of companies to perform engineering services during the period of the Teaming Agreement, the amount paid by GT for those engineering services, GT's marketing efforts, and/or other facts relevant to this matter:

> Dave Keck
> GT Solar, Inc. n/k/a GTAT Corporation
> 101 E. Front Street, Suite 401
> Missoula, MT 59802
> Telephone: 406.728.6200
>
> Chuck Paynter
> GT Solar, Inc. n/k/a GTAT Corporation
> 101 E. Front Street, Suite 401
> Missoula, MT 59802
> Telephone: 406.728.6200
>
> Michael Brown
> GT Solar, Inc. n/k/a GTAT Corporation
> 101 E. Front Street, Suite 401
> Missoula, MT 59802
> Telephone: 406.728.6200
>
> Hoil Kim
> GT Solar, Inc. n/k/a GTAT Corporation
> 101 E. Front Street, Suite 401
> Missoula, MT 59802
> Telephone: 406.728.6200
>
> John Hill
> GT Solar, Inc. n/k/a GTAT Corporation
> 101 E. Front Street, Suite 401
> Missoula, MT 59802
> Telephone: 406.728.6200
>
> Halvor Kamrud
> GT Solar, Inc. n/k/a GTAT Corporation
> 101 E. Front Street, Suite 401
> Missoula, MT 59802
> Telephone: 406.728.6200

1540.00001/493552.v1

       Dave Buset
       GT Solar, Inc. n/k/a GTAT Corporation
       101 E. Front Street, Suite 401
       Missoula, MT 59802
       Telephone: 406.728.6200

       Tom Gutierrez
       GT Solar, Inc. n/k/a GTAT Corporation
       101 E. Front Street, Suite 401
       Missoula, MT 59802
       Telephone: 406.728.6200

**The following persons are believed to be employed by Formosa Chemicals and Fibre Corporation, and may have knowledge about the Formosa project:**

       Frank Huang
       201 Tung Hwa North Road
       105 Taipei, Taiwan
       Telephone number unknown

       H.C. Yang
       201 Tung Hwa North Road
       105 Taipei, Taiwan
       Telephone number unknown

**The following persons are present or former employees of CDI, and may have knowledge about the Teaming Agreement, CDI's relationship with GT, the Formosa project, CDI's engineering services, and/or other facts relevant to this matter:**

       Walter Teesdale
       CDI Engineering Solutions
       9800 Centre Parkway, Suite 300
       Houston, TX 77036
       Telephone: 215.282.8050

       Andy Johnson
       CDI Engineering Solutions
       9800 Centre Parkway, Suite 300
       Houston, TX 77036
       Telephone: 215.282.8050

       Stuart Sklar
       CDI Engineering Solutions
       9800 Centre Parkway, Suite 300
       Houston, TX 77036
       Telephone: 215.282.8050

>Robert Giorgio
>CDI Engineering Solutions
>9800 Centre Parkway, Suite 300
>Houston, TX 77036
>Telephone: 215.282.8050
>
>Richard Giannone (former employee)
>Address unknown
>Telephone: 443.350.3177
>
>John Dickerson (former employee)
>Address and telephone number unknown
>
>Keith Landry (former employee)
>URS Corporation
>10550 Richmond Avenue, Suite 155
>Houston, TX, 77042
>713.914.6699

**All current and former employees of CDI may be contacted through Plaintiff's Counsel. There may be additional witnesses or non-parties with information relevant to the disputed facts who are unknown to CDI at this time. CDI reserves the right to supplement these Initial Disclosures accordingly. Also, all of the individuals listed above may have information on subjects in addition to those noted above.**

2.   A copy of, or a description by category and location of, all documents, electronically stored information, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.

**ANSWER:**

>**CDI states that it has possession, custody, or control of the following documents:**
>
>a.   **Documents and communications regarding the Teaming Agreement.**
>
>b.   **Documents and communications regarding the Formosa project.**
>
>c.   **Documents and communications regarding CDI's engineering services.**
>
>d.   **Documents regarding GT's marketing of its services for TCS technology and engineering services.**
>
>e.   **Documents regarding GT's provision of TCS technology for clients during the term of the Teaming Agreement.**

4

These documents are located primarily at CDI's Houston office. Relevant documents not subject to privilege or other objection will be made available at a mutually agreed upon time and place. CDI reserves the right to obtain and use documents in the possession, custody, or control of GT and other third parties, in support of its claims.

3. A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including material on the nature and extent of injuries suffered.

**ANSWER:**

CDI seeks all damages available under the law, including but not limited to compensatory damages, punitive damages, and attorneys' fees. CDI was denied fees from the Formosa project, and potentially other projects where GT provided TCS technology during the period of the Teaming Agreement and did not use CDI for the basic engineering packages, or BEPs, for those projects. A detailed computation of damages and their categories is still being determined.

4. For inspection and copying under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

**ANSWER:**

As Plaintiff in this action, there are no claims against CDI whose judgment could result in an order for anyone to indemnify or reimburse, or otherwise, make payments to satisfy the judgment.

5. Plaintiff reserves the right to supplement this disclosure as discovery in this case proceeds.

Respectfully submitted,

BECK, REDDEN & SECREST, L.L.P.


By: */s/ Timothy Cleveland*
    Alistair B. Dawson
    State Bar No. 05596100
    S.D. Tex. I.D. No. 12864
1221 McKinney, Suite 4500
Houston, Texas 77010
Telephone: (713) 951-3700
Facsimile: (713) 951-3720

    Timothy Cleveland
    State Bar No. 24055318
    S.D. Tex. I.D. No. 883264
515 Congress Avenue, Suite 1750
Austin, Texas 78701
Telephone: (512) 708-1000
Facsimile: (512) 708-1002

ATTORNEYS FOR
PLAINTIFF CDI CORPORATION


## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing pleading was served in compliance with the Federal Rules of Civil Procedure on this 13th day of February, 2012.


                */s/ Timothy Cleveland*
                Timothy Cleveland