IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CDI CORPORATION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-11-3487 |
| | § | |
| GT SOLAR INC., *et al.*, | § | |
| | § | |
| Defendant. | § | |

## ORDER

In its April 22, 2013 order, (Docket Entry No. 59), this court denied GT Solar's motion to disqualify Kevin Drumm as an expert witness for CDI and to amend the parties' agreed protective order to prevent disclosure of confidential technical and commercial information to competitors, including any retained as experts. (Docket Entry No. 36). As explained in that order, CDI has agreed not to provide additional confidential documents to Drumm unless it first gives GT Solar notice and an opportunity to object. This will prevent CDI from disclosing additional confidential information without GT Solar's notice and, if needed, court review. The current protective order also requires CDI, and anyone with whom it shares discovery, to return or delete confidential material at the conclusion of this lawsuit. GT Solar has not shown good cause for amending the parties' agreed protective order.

SIGNED on May 3, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge